UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR405 CDP |
| ) | |
| MELVIN DARNELL CURTIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the defendant's motion to continue [#451] is GRANTED.

**IT IS FURTHER ORDERED** that sentencing as to defendant **Melvin Darnell Curtis** is reset to **Tuesday, May 26, 2009 at 1:00 p.m.** If testimony is expected counsel must notify the court at least a week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **May 19, 2009**, except that a response to a sentencing memorandum may be filed no later than **May 22, 2009**.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of April, 2009.