UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR405 CDP |
| ) | |
| MELVIN DARNELL CURTIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion to continue [#489] is granted and the sentencing as to defendant **Melvin Darnell Curtis** is reset to **Wednesday, July 8, 2009 at 1:30 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2009.